PATRICK T. CONNOR, Bar No. 89136
pconnor@deconsel.com
GARRISION H. DAVIDSON, Bar No. 157426
gdavidson@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

JS - 6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION FURNITURE INSTALLATIONS, INC., a California corporation, doing business as PRECISION MOVING AND STORAGE INC.; RONALD McCARTHY, an individual; PRECISION MOVING AND STORAGE INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. <br> _____ | CASE NO. CV 09-9050 R(MANx) <br><br> JUDGMENT <br><br><br> Before the Honorable <br> Manuel Real <br><br><br> DATE: August 23, 2010 <br> TIME: 10:00 a.m. <br> CTRM: 8 |

This case came for hearing on August 16, 2010 before the Honorable Manuel Real, United States District Court Judge.

It appearing that defendants, PRECISION FURNITURE INSTALLATIONS, INC., a California corporation, doing business as

PRECISION MOVING AND STORAGE INC., RONALD McCARTHY, an individual, and PRECISION MOVING AND STORAGE INC., a California corporation, having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST PRECISION FURNITURE INSTALLATIONS, INC., a California corporation, doing business as PRECISION MOVING AND STORAGE:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $245,693.90 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 9,535.44 |
| 3. | Audit Fees | 3,023.00 |
| 4. | Interest from due dates to August 16, 2010 (accruing at $47.76 per day) | 27,383.40 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 36,918.84 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 8,765.05 |
| | GRAND TOTAL | $331,319.63 |
| 7. | Plus costs to be determined after entry of judgment. | |

2

8.    Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum.

### AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD AND FOURTH CLAIMS FOR RELIEF AGAINST RONALD McCARTHY:

| | | |
|---|---|---:|
| 1. | Balance on first Personal Guarantee | $70,910.15 |
| 2. | Interest on the balance from February 1, 2009 to August 16, 2010 (accruing at $16.74 per day or 8.5% per annum) | 9,274.05 |
| 3. | Balance on second Personal Guarantee | 50,659.83 |
| 4. | Interest on the balance from April 15, 2009 to August 16, 2010 (accruing at $14.07 per day or 10% per annum) | 6,767.67 |
| 5. | Attorneys' fees pursuant to Local Rule 55-3 | 6,031.40 |
| | GRAND TOTAL | $143,643.10 |

6.    Plus costs to be determined after entry of judgment.

7.    Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum.

### AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIFTH CLAIM FOR RELIEF AGAINST PRECISION MOVING AND STORAGE INC., a California corporation:

| | | |
|---|---|---:|
| 1. | For a determination that PRECISION MOVING is the successor to PRECISION FURNITURE; | |
| 2. | Unpaid contributions | $245,693.90 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 9,535.44 |
| 4. | Audit Fees | 3,023.00 |
| 5. | Interest from due dates to August 16, 2010 (accruing at $47.76 per day) | 27,383.40 |

3

| | | |
|---|---|---:|
| 6. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 36,918.84 |
| 7. | Attorneys' fees pursuant to Local Rule 55-3 | 8,765.05 |
| **GRAND TOTAL** | | **$331,319.63** |

8. Plus costs to be determined after entry of judgment.

9. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum.

DATED: September 3, 2010

_____
HONORABLE MANUEL REAL
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By:   /S/ Garrison H. Davidson
      GARRISON H. DAVIDSON
      Attorney for Plaintiffs

4